

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AHMAD MOHARRAM<br><br>A 97-107-062<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of<br>U.S. Department of Homeland Security;<br>PAUL CLEMENT, U.S. Attorney<br>General; EMILIO T. GONZALES,<br>Director, United States Citizenship and<br>Immigration Services;<br>RUTH DOROCHOFF, as the District<br>Director of Citizenship &<br>Immigration Services<br><br>    Defendants. | 08CV457<br>JUDGE ANDERSEN<br>MAG. JUDGE DENLOW<br><br>**FILED**<br>J:N    JAN 2 2 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## COMPLAINT FOR MANDAMUS

Plaintiff, AHMAD MOHARRAM ("Plaintiff"), by and through his attorney, HOWARD L. WARD of THE PETRA LAW GROUP, P.C., respectfully requests an order directing the Defendants, MICHAEL CHERTOFF, Secretary of The Department of Homeland Security, PAUL CLEMENT, United States Attorney General, EMILIO T. GONZALES, Director of Citizenship & Immigration Services, and RUTH DOROCHOFF, Chicago District Director of Citizenship & Immigration Services ("Defendants"), to adjudicate Plaintiff's Application for Adjustment of Status to Lawful Permanent Resident. In support of said request, the Plaintiff states as follows:

1

## JURISDICTION AND VENUE

1. This is a civil action brought pursuant to 28 U.S.C. §§ 1331 and 1361, to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which statutes jurisdiction is conferred, and to compel Defendant to perform a duty Defendant owes to Plaintiff. Jurisdiction is also conferred by 5 U.S.C. § 704.

2. Venue is proper under 28 U.S.C. § 1391(b), since Defendant is the District Director of the Citizenship & Immigration Services ("CIS"), an agency of the United States Government, located in 101 W. Congress Pkwy, Chicago, Illinois.

3. This Court also has jurisdiction to award Plaintiff reasonable attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, for failure of the Defendants to perform their duties within the statutory time period.

## PARTIES

4. Plaintiff is a native and citizen of The Arab Republic of Egypt born on September 28, 1968.

5. Defendant MICHAEL CHERTOFF ("Chertoff"), the Secretary for the Department of Homeland Security ("DHS"), is being sued in his official capacity only.

6. Defendant, EMILIO GONZALES ("Gonzales"), the Director of the United States Citizenship and Immigration Services, is being sued in his official capacity only. His Under Secretary position within the Department of Homeland Security charges him with supervisory authority over federal and contract employees who are responsible for the processing of immigration benefits.

7. Defendant, RUTH DOROCHOFF ("Dorochoff"), is the Chicago District Director of CIS of the United States Department of Homeland Security, is being sued in her official capacity

2

only. As such he is charged with the duty of administration and enforcement of all functions, powers, and duties of CIS.

8. Defendant PAUL CLEMENT ("Clement"), the Attorney General of the United States, is being sued in his official capacity only. Clement is authorized to promulgate regulations governing the implementation and administration of the Immigration and Nationality Act pertaining to the naturalization of legal resident aliens and other qualified aliens.

## CLAIM FOR RELIEF

9. On October 28, 2004, Defendant issued, and Plaintiff received, an Approval Notice for an I-360 Petition for Special Immigrant—Religious Worker. **Exhibit A**, October 28, 2004 Approval Notice issued by CIS.

10. Plaintiff is the beneficiary of the I-360 Petition for Special Immigrant Worker.

11. On October 28, 2004, the Defendant issued a priority date of April 26, 2004 on said Approval Notice. *See* **Exhibit A**.

12. On December 6, 2004, Plaintiff filed, and Defendant received, an I-765 Application for Employment Authorization. **Exhibit B**, December 6, 2004 Receipt Notice issued by CIS.

13. On March 24, 2005, Defendant issued, and Plaintiff received, an Approval Notice granting employment authorization. **Exhibit C**, March 24, 2005 Approval Notice issued by CIS.

14. On December 6, 2004, Plaintiff filed, and Defendant received, an I-485 Application for Adjustment of Status to a Lawful Permanent Resident ("I-485"). **Exhibit D**, December 6, 2004 Receipt Notice issued by CIS.

15. On March 24, 2005, Plaintiff appeared at his scheduled biometrics appointment for fingerprinting. **Exhibit E**, February 18, 2005 Notice of Action for Fingerprinting with CIS date stamp of March 24, 2005.

16. On February 8, 2006, CIS issued a Transfer Notice indicating that Plaintiff's I-485 was sent to a CIS service center located at 1600 Callowhill Street, 1st Floor, Room 100, Philadelphia, PA 19130. **Exhibit F**, February 8, 2006.

17. Since that time, Defendant issued, and Plaintiff appeared at, three (3) subsequent biometrics appointments on the following dates: December 7, 2006; July 5, 2007; November 02, 2007.

18. On November 5, 2007, Plaintiff appeared at a scheduled interview and has not had his application adjudicated by the Defendant.

19. Throughout the application process, Plaintiff has made numerous inquiries as to the status of his application to no avail.

20. Defendant is entering the 38th month of considering Plaintiff's application and has yet to make a decision.

21. This court has consistently held that 8 U.S.C. § 1255, which governs the adjustment and change of status of aliens, provides an alien with the right to have an application for adjustment of status adjudicated and imposes a duty upon the Attorney General to adjudicate cases within a reasonable time. Iddir v. INS, 301 F.3d 492, 500 (7th Cir. 2002); Krishnamoorthy v. Ridge, 2003 U.S. Dist. LEXIS 8381 (N.D. Ill. 2003); Setharatsomphou v. Reno, 1999 U.S. Dist. LEXIS 14839 (N.D. Ill. 1999); Paunescu v. INS, 76 F. Supp. 2d 896, 901 (N.D. Ill. 1999).

22. Further, this Court has consistently held that "a petitioner has a right to adjudication of...[an] adjustment of status application and that [this Court] has a corresponding duty to

4

adjudicate these applications." Krishnamoorthy v. Ridge, 2003 U.S. Dist. LEXIS 8906, 9 (N.D. Ill. 2003); Setharatsomphou v. Reno, 1999 U.S. Dist. LEXIS 14839 (N.D. Ill. 1999). This duty is mandatory, not discretionary. See Krishnamoorthy, 2003 U.S. Dist. LEXIS 8906 at 9; see also Paunescu, 76 F. Supp. 2d at 901. Therefore, the Respondent has a clear duty to adjudicate Plaintiffs I-485.

23. 28 U.S.C. § 1361 grants District Courts "jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." Mandamus jurisdiction can be invoked when: (1) the plaintiff has a clear right to the relief sought; (2) the defendant has a clear duty to perform; (3) no other adequate remedy is available. Blaney v. U.S., 34 F.3d 509, 513 (7th Cir. 1994); Krishnamoorthy, 2003 U.S. Dist. LEXIS 8906 at 8-9.

24. Applying the above law to the present facts, Plaintiff has a clear right to the relief sought because he duly filed an I-485 to adjust his status per the regulations prescribed in The United States Code and The Code of Federal Regulations, and said application has been pending for almost 38 months. This time period is unreasonable. The Defendant has a clear duty to perform, as it has been consistently held that this Court has a mandatory duty to adjudicate adjustment of status applications. See Krishnamoorthy, 2003 U.S. Dist. LEXIS 8906 at 9; see also Paunescu, 76 F. Supp.2d at 901.

25. Lastly, there is no other adequate remedy available to Plaintiff for he cannot compel Defendant to adjudicate his I-485 application, except by means of this current mandamus action. Moreover, there is no action that Plaintiff can take at the administrative level until this adjudication has taken place.

26. Defendant, in violation of the Administrative Procedure Act (5 U.S.C. § 702 *et seq.*), is unlawfully withholding or unreasonably delaying the application of the Plaintiff, and has not completed the adjudicative functions delegated to him by the laws of the United States with regard to said application.

27. Plaintiff has exhausted any administrative remedies that may exist.

WHEREFORE, Plaintiff respectfully requests this Honorable Court for the following relief:

    i.    Compel Defendant and those acting under her to perform their duty to rule upon Plaintiff's pending I-485 Application to Adjust Status.

    ii.    Grant attorney's fees and costs of court; and

    iii.    Grant any and all other relief this Court deems fair and just.

Respectfully submitted,

_____
Howard L. Ward
Attorney for Plaintiff

HOWARD L. WARD
THE PETRA LAW GROUP, P.C.
744 N. WELLS, SUITE 200
CHICAGO, IL 60610
TEL. (312) 228-6200
FAX. (312) 228-6201

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AHMAD MOHARRAM </br></br>A 97-107-062 </br></br>    Plaintiff, </br></br>v. </br></br>MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security; PAUL CLEMENT, U.S. Attorney General; EMILIO T. GONZALES, Director, United States Citizenship and Immigration Services; RUTH DOROCHOFF, as the District Director of Citizenship & Immigration Services </br></br>    Defendants. | Case No: </br></br>Judge: |

## NOTICE OF MOTION

TO:
Patrick Fitzgerald
United States Attorney
219 South Dearborn, 5th Floor
Chicago, IL 60604
**Via Hand Delivery**

Michael Chertoff
Office of General Counsel
U.S. Dept. of Homeland Security
Washington, DC 20528
**Via First Class Mail**

Paul Clement
US Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
**Via First Class Mail**

Ruth Dorochoff
District Director, USCIS
101 West Congress Pkwy.
Chicago, IL 60605
**Via First Class Mail**

Robert S. Mueller, III
Federal Bureau of Investigation
935 Pennsylvania Ave., NW
Washington, DC 20535-0001
**Via First Class Mail**

F. Gerard Heinauer
Nebraska Service Center
P.O. Box 87400
Lincoln, NE 68501-7400
**Via First Class Mail**

PLEASE TAKE NOTICE that on _____, I have caused to be filed Plaintiff's Petition for Hearing on Naturalization Application with the United States District Court for the Northern District of Illinois, a copy of which is attached hereto and served upon you.

The Petra Law Group, P.C.
744 North Wells, Suite 200
Chicago, IL 60610
312-228-6200

Certificate of Service

I, Howard Ward, certify that I served the Petition for Hearing on Naturalization Application and its attachment upon the above named addressee by placing same in the U.S. mail, proper postage paid on _____, before 5:00 p.m.

_____
Howard Ward
Attorney for Plaintiff
The Petra Law Group, P.C.
744 North Wells, Suite 200
Chicago, IL 60610
312-228-6200

8

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-04-147-51566 | | CASE TYPE  I360  PETITION FOR AMERASIAN, WIDOWER,<br>OR SPECIAL IMMIGRANT |
|---|---|---|
| RECEIPT DATE<br>April 26, 2004 | PRIORITY DATE<br>April 26, 2004 | PETITIONER<br>ISLAMIC SOCIETY OF GREATER |
| NOTICE DATE<br>October 28, 2004 | PAGE<br>1 of 1 | BENEFICIARY<br>FAWZY TOLBA OMAR MOHARRAM, AHMED |

TARIQ SYED
SYED & HANAFY PLLC
1037 STERLING ROAD SUITE 202
HERNDON VA 20170

Notice Type: Approval Notice
Section: Special Immigrant-Religious
Worker, Sec.101(a)(27)(C)(ii)

The above petition has been approved.

The petition indicates that the person the petition is for is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

Please read the back of this form carefully for more information.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



EXHIBIT
A

Form I-797 (Rev. 11/28/03) N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | I765 |
|---|---|---|
| LIN-05-047-53002 | APPLICATION FOR EMPLOYMENT AUTHORIZATION | |

| RECEIVED DATE | PRIORITY DATE | APPLICANT A97 107 062 |
|---|---|---|
| December 6, 2004 | | FAWZY TOLBA OMAR MOHARRAM, AHMED |

| NOTICE DATE | PAGE | |
|---|---|---|
| December 6, 2004 | 1 of 1 | |

TARIQ SYED
SYED AND HANAFY PLLC
1037 STERLING ROAD SUITE 202
HERNDON VA 20170

Notice Type: Receipt Notice

Amount received: $ 175.00

Class requested: C09

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



EXHIBIT
B

Form I-797C (Rev. 08/31/04) N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I765 |
|---|---|
| LIN-05-047-53002 | APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| RECEIPT DATE | PRIORITY DATE | APPLICANT A97 107 062 |
| December 6, 2004 | | FAWZY TOLBA OMAR MOHARRAM, AHMED F. |
| NOTICE DATE | PAGE | |
| March 24, 2005 | 1 of 1 | |

TARIQ SYED
SYED AND HANAFY PLLC
1037 STERLING ROAD SUITE 202
HERNDON VA 20170

Notice Type: Approval Notice
Class: C09
Valid from 03/22/2005 to 03/21/2006
Representative's Copy

Your application for employment authorization has been approved. The Form I-688B, Employment Authorization Document, was sent under separate cover to the beneficiary.

This card authorizes your employment in the United States. Show this card to your employer to verify authorization to work during the dates on the card.

If any information on the card is incorrect, please notify the office listed below. Include your Employment Authorization Document, I-688B, a photocopy of this notice, and evidence to support the necessary corrections.

THIS FORM IS NOT A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION, NOR MAY IT BE USED IN PLACE OF A VISA OR FORM I-688B.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



EXHIBIT
C

Form I-797 (Rev. 08/31/04) N

U.S. Citizenship and Immigration Services

I-797C Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|---|
| LIN-05-047-52809 | | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT | A97 107 062 |
| December 6, 2004 | | FAWZY TOLBA OMAR MOHARRAM, AHMED | |
| NOTICE DATE | PAGE | | |
| December 6, 2004 | 1 of 1 | | |

TARIQ SYED
SYED AND HANAFY PLLC
1037 STERLING ROAD SUITE 202
HERNDON VA 20170

Notice Type: Receipt Notice

Amount received: $ 385.00

Section: Adjustment as direct beneficiary of immigrant petition

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



EXHIBIT
D

Form I-797C (Rev. 08/31/04) N

# THE UNITED STATES OF AMERICA

**Fingerprint Notification**

| | | NOTICE DATE |
|---|---|---|
| | | 02/18/2005 |

| CASE TYPE | SOCIAL SECURITY NUMBER | USCIS A# |
|---|---|---|
| I485 Application to Register Permanent Resident or Adjust Status | | A097107062 |

| APPLICATION NUMBER | CODE | SERVICE CENTER | PAGE |
|---|---|---|---|
| LIN0504752809 | 3 | NSC | 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
AHMED FAWZY TOLBA OMAR MOHARRAM
c/o TARIQ SYED
SYED AND HANAFY PLLC
1037 STERLING ROAD SUITE 202
HERNDON, VA 20170



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your Biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE APPOINTED DATE AND TIME TO HAVE YOUR BIOMETRICS TAKEN.** If you are unable to appear at this time, you may go on any **following** Wednesday at the same time noted below, as long as you appear before 05/16/2005. If you do not have your biometrics taken by that date, your application will be considered abandoned.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS ST LOUIS | 03/24/2005 |
| 1222 SPRUCE STREET, | 12:00 PM |
| ROOM 1.212 | |
| ST. LOUIS, MO 63103 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE AND ANY RECEIPT NOTICES ASSOCIATED WITH YOUR APPLICATION.**
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

APPLICATION NUMBER
LIN0504752809



BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
_15799_ ON MAR 24 2005
TENPRINTS QA REVIEW BY:
_157992_ ON MAR 24 2005

**EXHIBIT**
_E_

Form I-797C (Rev. 11/28/03) N

U.S. Citizenship and Immigration Services — I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER** LIN-05-047-52809 | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIPT DATE** December 6, 2004 | **PRIORITY DATE** | **APPLICANT** A97 107 062 FAWZY TOLBA OMAR MOHARRAM, AHMED |
| **NOTICE DATE** February 8, 2006 | **PAGE** 1 of 1 | |

AHMED FAWZY TOLBA OMAR MOHARRAM
905 FLAGGLAND DR
SHERMAN IL 62684

**Notice Type:** Transfer Notice

This is to advise you that in order to speed processing we have transferred the above case to the following INS office for processing:

   1600 Callowhill Street, 1st Floor, Room 100, Philadelphia, PA 19130

   Telephone: (800) 375-5283

That office will notify you of the decision made on the application or petition. Any further inquiries should be made to that office.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



EXHIBIT
F

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | APPLICATION NUMBER<br>LIN0780003802 | | NOTICE DATE<br>11/23/2006 |
|---|---|---|---|
| CASE TYPE<br>I765 | SOCIAL SECURITY NUMBER | USCIS A#<br>A097107062 | CODE<br>2 |
| | TCR | SERVICE CENTER<br>MSC | PAGE<br>1 of 1 |

AHMED Fawzy Tolba Omar MOHARRAM
905 FLAGGLAND
SHERMAN, IL 62684



To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>USCIS ST LOUIS<br>1222 SPRUCE STREET,<br>ROOM 1.208<br>ST. LOUIS, MO 63103 | DATE AND TIME OF APPOINTMENT<br>12/07/2006<br>8:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

### REQUEST FOR RESCHEDULING

If you are unable to appear at this time, you may go on any FOLLOWING Wednesday at the same time noted above, as long as you appear before 02/19/2007. If you do not have your biometrics taken by that date, your application will be considered abandoned.

**APPLICATION NUMBER 1**
I765   -   LIN0780003802



If you have any questions regarding this notice, please call 1-800-375-5283.

### WARNING!

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

## THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | APPLICATION NUMBER<br>LIN0504752809 | | NOTICE DATE<br>6/19/2007 |
|---|---|---|---|
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A097107062 | CODE<br>2 |
| | TCR | SERVICE CENTER<br>NSC | PAGE<br>1 of 1 |

AHMED FAWZY TOLBA OMAR MOHARRAM
c/o TARIQ SYED
SYED AND HANAFY PLLC
1037 STERLING ROAD SUITE 202
HERNDON, VA 20170

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>USCIS ST LOUIS<br>1222 SPRUCE STREET,<br>ROOM 1.208<br>ST. LOUIS, MO 63103 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY.<br><br>DATE AND TIME OF APPOINTMENT<br>07/05/2007<br>8:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

**CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.**

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS ST LOUIS, 1222 SPRUCE STREET,, ROOM 1.208, ST. LOUIS, MO 63103

APPLICATION NUMBER:
I485  - LIN0504752809



If you have any questions regarding this notice, please call 1-800-375-5283.

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: St. Louis, MO
BIOMETRICS QA REVIEW BY:
15799 ON JUL 0 5 2007
TENPRINTS QA REVIEW BY:
_____ ON _____

### WARNING!

Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.

If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

Form I-797C (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services   Case 1:08-cv-00457   Document 1   Filed 01/22/2008   Page 17 of 17

I-797C, Notice of Action

**THE UNITED STATES OF AMERICA**

| **ASC Appointment Notice** | APPLICATION NUMBER<br>LIN0504752809 | | NOTICE DATE<br>10/12/2007 |
|---|---|---|---|
| CASE TYPE<br>I485 Application to Register Permanent Resident or Adjust Status | SOCIAL SECURITY NUMBER | USCIS A#<br>A097107062 | CODE<br>3 |
| | TCR | SERVICE CENTER<br>NSC | PAGE<br>1 of 1 |

AHMED FAWZY TOLBA OMAR MOHARRAM
905 FLAGGLAND DRIVE
SHERMAN, IL 62684-9618



Your fingerprint card on file with the U. S. Citizenship & Immigration Services (USCIS) has expired. In order for USCIS to continue processing your application, it will be necessary to have your fingerprints re-taken. This will be completed at no additional expense to you.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.**
**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>USCIS ST LOUIS<br>1222 SPRUCE STREET,<br>ROOM 1.208<br>ST. LOUIS, MO 63103 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY.<br><br>DATE AND TIME OF APPOINTMENT<br>11/02/2007<br>2:00 PM |
|---|---|

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.

CELL PHONES, CAMERAS, OR OTHER RECORDING DEVICES ARE NOT PERMITTED.

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Upon receipt of your request, you will be provided a new appointment notice. Make a copy of this notice for your records, then mail the original with your request to USCIS ST LOUIS, 1222 SPRUCE STREET,, ROOM 1.208, ST. LOUIS, MO 63103

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: St. Louis
BIOMETRICS QA REVIEW BY: ___ ON NOV 0 2 2007
TENPRINTS QA REVIEW BY: ___ ON NOV 0 2 2007

APPLICATION NUMBER (
I485    LIN0504752809



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N