## United States District Court for the Northern District of Illinois

Case Number: 08CV457          Assigned/Issued By: J. N.

Judge Name: ANDERSEN          Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                              Receipt #: 1116444

Date Payment Rec'd: 1-22-08                   Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                                   [ ] Alias Summons

[ ] Third Party Summons                       [ ] Lis Pendens

[ ] Non Wage Garnishment Summons              [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons        _____
                                              _____
[ ] Citation to Discover Assets               (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

6  Original and  6  copies on  1-22-08  as to  RUTH DOROCHOFF;
                               (Date)
ROBERT S. MUELLER III, PAUL CLEMENT U.S. ATTNY GENERAL; PATRICK

FITZGERALD, U.S. ATTNY; MICHAEL CHERTOFF; F. GERARD HEINAUER