**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ahmad Moharram
        Plaintiff,

v.              Case No.: 1:08−cv−00457
               Honorable Wayne R. Andersen

Michael Chertoff, et al.
        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: April 15, 2008

                     /s/ Wayne R. Andersen
                     United States District Judge