## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ahmad Moharram

                        Plaintiff,

v.                                                    Case No.: 1:08−cv−00457
                                                   Honorable Wayne R. Andersen

Michael Chertoff, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable Morton Denlow:Magistrate Judge Status hearing held on 6/3/2008. The parties having represented that they are close to settlement and they will present a dismissal order to Judge Andersen, the referral of this action having been resolved, the case is returned to the assigned judge. Case no longer referred to Honorable Morton Denlow. Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.