## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **AHMAD MOHARRAM** | ) | |
| | ) | |
| **A 97-107-062** | ) | |
| | ) | **Case No: 1:08-cv-00457** |
| **Plaintiff,** | ) | |
| | ) | **Judge: Honorable Wayne R. Anderson** |
| **v.** | ) | |
| | ) | |
| **MICHAEL CHERTOFF, Secretary of** | ) | |
| **U.S. Department of Homeland Security;** | ) | |
| **PAUL CLEMENT, U.S. Attorney** | ) | |
| **General; EMILIO T. GONZALES,** | ) | |
| **Director, United States Citizenship and** | ) | |
| **Immigration Services;** | ) | |
| **RUTH DOROCHOFF, as the District** | ) | |
| **Director of Citizenship &** | ) | |
| **Immigration Services** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION TO DISMISS

The Plaintiff, AHMAD MOHARRAM and the Defendants, MICHAEL CHERTOFF, Secretary of U.S. Department of Homeland Security, et al, through their respective attorneys, hereby stipulate and agree that this matter shall be dismissed with prejudice as the claims between said parties have been fully settled and compromised.


By:_____
Howard L. Ward
744 North Wells Street, Suite 200
Chicago, Illinois 60610
Tel: (312) 228-6200
Attorney No. 2939223

By:_____
Patrick Walter Johnson
United States Attorney's Office
219 South Dearborn Street, Suite 500
Tel: (312) 353-5300
Attorney No. _____